IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HEATHER EZELL, MICHELE STOLL, and THOMAS SHORES *on behalf of themselves and all those similarly situated*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:24-cv-01373-S |
| HEIGHTS HEALTHCARE OF TEXAS, LLC *d/b/a* WHITE ROCK MEDICAL CENTER; NCP MANAGEMENT, LLC; MIRZA BAIG; TERRY FOKAS; NATIONAL PAYROLL SERVICES, LLC; BLUE CROSS BLUE SHIELD OF TEXAS; NATIONAL PAYROLL SERVICES, LLC MEDICAL PLAN; NPS MANAGEMENT AE OF SECURE YOUR RETIREMENT 401K PLAN; WHITE ROCK MEDICAL CENTER, LLC; and RASHID SYED | § § § § § § § § § § § § § § | |
| Defendants. | § § | |

**JOINT MOTION FOR SETTLEMENT CONFERENCE**

Plaintiffs Heather Ezell, Michele Stoll, and Thomas Shores ("Plaintiffs") and Defendants Heights Healthcare of Texas, LLC, d/b/a White Rock Medical Center; NCP Management, LLC; Mirza Baig; Terry Fokas; National Payroll Services, LLC; Blue Cross Blue Shield of Texas; National Payroll Services, LLC Medical Plan; NPS Management AE of Secure Your Retirement 401K Plan; White Rock Medical Center, LLC; and Rashid Syed ("Defendants") file their Joint Motion for Settlement Conference ("Motion") and state:

1.     Plaintiffs filed this action on June 5, 2024, alleging causes of action against six Defendants[1] on a classwide basis for violations of several federal statutes (the WARN Act, ERISA, and COBRA) in connection with an April 30, 2024, reduction in force at White Rock Medical Center. [Doc. 1.] Defendant Health Care Services Corporation, a Mutual Legal Reserve Company operating in Texas as Blue Cross and Blue Shield of Texas ("HCSC") filed a Motion to Dismiss. The remaining original defendants answered. [Doc. 14.] Plaintiffs thereafter amended to add the remaining defendants.[2] [Doc. 16.] HCSC filed a Motion to Dismiss it from the Amended Complaint. [Doc. 19.] That motion is pending.

2.     The Parties are mindful of Local Rule 16.3(a), which provides that parties to civil action "must make good-faith efforts to settle" and that settlement negotiations "must begin at the earliest possible time." Counsel for the Parties have conferred, and it is the position of all Parties that it is in their best interests to attempt to reach an early resolution with the help of an impartial third party. In particular, the Parties believe that a mediated settlement conference conducted by United States Magistrate Judge David L. Horan has the greatest potential to be productive at this stage (as opposed, for example, to a private mediation costing each side thousands of dollars in mediator's fees). The Parties therefore jointly and respectfully request that the Court issue an order referring this case to Magistrate Judge Horan for purposes of conducting an early settlement conference, using the authority granted to it under Federal Rule of Civil Procedure 16, and as specifically contemplated in Local Rule 16.3(b).

**RELIEF REQUESTED**

For the foregoing reasons, the Parties respectfully request that the Court grant this Motion;

---

[1] Heights Healthcare of Texas, LLC, d/b/a White Rock Medical Center; NCP Management, LLC; Mirza Baig; Terry Fokas; National Payrolls Services, LLC; and Blue Cross Blue Shield of Texas.
[2] All of the newly-added defendants have agreed to waive service and will answer in due course.

enter an order referring the case to Magistrate Judge Horan for the purposes herein stated; and grant all other relief, general or special, at law or in equity, to which the Parties may be justly entitled.

Respectfully submitted,

| | |
|---|---|
| TREMAIN ARTZA PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Christine A. Hopkins* <br> Christine A. Hopkins <br> Texas Bar No. 24095768 <br> Ashley E. Tremain <br> Texas State Bar No. 24066209 <br> 4925 Greenville Ave., Suite 200 <br> Dallas, TX 75206 <br> (469) 573-0229 <br> (214) 254-4941 (Fax) <br> christine@tremainartaza.com <br> ashley@tremainartaza.com <br><br> **ATTORNEYS FOR PLAINTIFFS** | */s/ Eric P. Mathisen* <br> Eric P. Mathisen <br> 15 West South Temple, Suite 950 <br> Salt Lake City, UT 84101 <br> Telephone: (801) 658-6048 <br> eric.mathisen@ogletree.com <br><br> -and- <br><br> John M. Barcus <br> Texas Bar No. 24036185 <br> 8117 Preston Road, Suite 500 <br> Dallas, TX 75225 <br> (214) 313-2902 <br> (214) 987-3927 (Fax) <br> john.barcus@ogletree.com <br><br> **ATTORNEYS FOR DEFENDANTS**[3] <br><br> REED SMITH LLP <br><br> */s/ Thomas C. Hardy* <br> Martin J. Bishop <br> Texas Bar No. 24086915 <br> John Tilton <br> Texas Bar No. 24130803 <br> 2850 N. Harwood Street, Suite 1500 <br> Dallas, TX 75201 <br> (469) 680-4200 <br> (469)680-4299 (Fax) <br> mbishop@reedsmith.com <br> jtilton@reedsmith.com |

---

[3] *Other than* Defendant Health Care Service Corporation.

    and

Thomas C. Hardy
10 S. Wacker Drive, 40th Floor
Chicago, IL  60606
(312) 207-2427
(312) 207-6400 (Fax)
thardy@reedsmith.com

**ATTORNEYS FOR DEFENDANT
HEALTH CARE SERVICE
CORPORATION**

## CERTIFICATE OF SERVICE

On August 27, 2024, I filed the foregoing instrument using the Court's ECF system, which will provide notice to all parties registered to receive it.

    */s/ John M. Barcus*
    John M. Barcus