# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MICHELE STOLL, et al. § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:24-CV-1373-S |
| HEIGHTS HEALTHCARE OF § | |
| TEXAS, LLC d/b/a WHITE ROCK § | |
| MEDICAL CENTER, et al. § | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 34]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case with prejudice pursuant to the parties' Stipulation.

In light of the Stipulation, all claims that Plaintiffs assert, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs, unless otherwise apportioned by private agreement. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED December 16, 2024.

*[signature: Karen Gren Scholer]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**